# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158645(18)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                               SC: 158645
                               COA: 345218
                               Oakland CC: 2015-255833-FH,
                                   2015-255834-FH

STEVEN BARRY RUZA,
     Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 17, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018           

                                          Clerk